UNITED STATES of America, Plaintiff–Appellee,

v.

Ruben PEREZ, Defendant–Appellant.

No. 01–4565.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Ethan A. Ontjes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Ruben Perez appeals his conviction pursuant to a guilty plea to possession with intent to distribute more than 100 kilograms of marijuana, in violation of 21 U.S.C.A. § 841 (West 1999 & Supp.2001). Because 21 U.S.C.A. § 841 is not rendered unconstitutional by *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), which is the sole issue Perez asserts on appeal, we affirm Perez's conviction and sentence. *See United States v. McAllister,* 272 F.3d 228, 232 (4th Cir.2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*